■ The People of the State of New York, Respondent, v Curtis Shivers, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on August 2, 1982, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sandler, Carro, Asch and Milonas, JJ.

■ The People of the State of New York, Respondent, v Ruben Alvira, Appellant.—Judgment, Supreme Court, Bronx County (Vincent Vitale, J.), rendered on October 14, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Ross, Milonas and Rosenberger, JJ.